AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

RECEIVED
UNITED STATES MARSHAL
2024 OCT 21 PM 3:56
SOUTHERN DIST. S/TX

| | |
|---|---|
| UNITED STATES OF AMERICA § § *versus* § Griffin Isaiah Jefferson § § | Criminal No. 4:24-cr-00454-1 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* <u>Griffin Isaiah Jefferson</u>, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation ☐ Pretrial Release Violation ☒ Supervised Release Violation ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

**Violation of the terms of supervised release**

Date: October 21, 2024

City and state: Houston, TX

_____
*Issuing officer's signature*
Joseph Wells, Deputy Clerk

---

**Return**

This warrant was received on *(date)* 10-21-24, and the person was arrested on *(date)* 9-15-25, at *(city and state)* Nashville, TN.

Date: 9-15-25

_____
*Arresting officer's signature*

Marty Magnon Dusn
*Printed name and title*