# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:25-mj-4333 |
| | ) | |
| Griffin Isaiah Jefferson | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A PRELIMINARY HEARING AND DETENTION HEARING

A preliminary hearing and detention hearing in this case is scheduled as follows:

| Place: | U.S. District Courthouse<br>719 Church Street<br>Nashville, TN | Courtroom No.: 5A |
|---|---|---|
| | | Date and Time: 9/18/25 2:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 09/16/2025

*Judge's signature*

Magistrate Judge Alistair E. Newbern
*Printed name and title*

Print    Save As...    Reset