UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GRIFFIN ISAIAH JEFFERSON,<br><br>Defendant. | Case No. 3:25-mj-4333<br><br>Magistrate Judge Alistair E. Newbern |

## ORDER

Defendant Griffin Jefferson appeared before the Magistrate Judge on September 18, 2025, for a hearing on the United States' motion for detention pending a supervised release revocation hearing before Judge Hittner.

For the reasons stated on the record, the United States' motion is GRANTED. Jefferson will remain in the custody of the U.S. Marshal pending a supervised release revocation hearing before Judge Hittner.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge